sIN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

STEVEN R. PHELPS,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-683
LT Case Nos. 2018-304250-CFDB
           2018-302044-CFDB
           2018-300077-CFDB

_____/

Decision filed May 10, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Steven R. Phelps, Raiford, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., TRAVER and WOZNIAK, JJ., concur.